**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY FOSTER, | 3:09-cv-00431-ECR-WGC |
| Plaintiff, | |
| vs. | **Order** |
| STARLIN GENTRY, *et al.*, | |
| Defendant. | |

On December 21, 2011, the Magistrate Judge filed a Report and Recommendation (#48) recommending that Defendants' Motion for Summary Judgment (#37) be granted. Objections to the Report and Recommendation were due within fourteen days. On January 20, 2012, Plaintiff filed a Motion for Extension of Time to File Objections (#50), requesting an additional sixty (60) days within which to file objections to the Report and Recommendation (#48). On January 25, 2012, the Court granted Plaintiff's Motion for Extension of Time (#50), allowing Plaintiff up to March 23, 2012 to file objections. On February 7, 2012, the Court issued a Minute Order (#52) ordering that the objections be filed by March 9, 2012, rather than March 23, 2012, due to the looming CJRA deadline to rule on motions.

The Magistrate Judge recommends that summary judgment be granted in favor of Defendants because the scope and manner in which the strip search against Plaintiff was conducted were not

1  unreasonable.  No timely objections were filed to the Report &
2  Recommendation (#48).  The Report and Recommendation (#48) is well-
3  taken, and is **APPROVED AND ADOPTED**.  Defendants' Motion for Summary
4  Judgment (#37) with respect to Plaintiff's Fourth Amendment claim
5  related to the alleged unreasonable strip search is **GRANTED**.  No
6  other claims remain in this action.
7       The Clerk shall enter judgment accordingly.

10 DATED: March 19, 2012.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE

2